UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| Case No. | CV16-105-CAS(ASx) | | Date | August 17, 2016 |
|---|---|---|---|---|
| Title | *BENETIA ANN JAMES YOUNG EL AKA BENETIA ANN JAMES YOUNG v. WELLS FARGO BANK NA; ET AL.* | | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - ORDER DISMISSING CASE FOR PLAINTIFFS' FAILURE TO FILE AN AMENDED COMPLAINT

On January 6, 2016, pro se plaintiff, Benetia Ann James Young El, aka Benetia Ann James Young, filed the instant action against defendants Wells Fargo Bank NA; Wells Fargo Home Mortgage, erroneously sued as Wells Fargo Bank, N.A.; Fideltiy National Title Ins. Co.; Wilmington Trust Company, as successor trustee to Bank of America, National Association (Successor by merger to LaSalle Bank National Association) as Trustee for LXS 2007-6 Successor U.S. Bank National Association; NBS Default Service, LLC; Breckenridge Property Fund 2015, LLC; Sam Chandra; Does 1 through 10, inclusive. Dkt No. 1.

On July 7, 2016, the Court granted defendants' Beckenridge Property Fund 2015, LLC and Sam Chandra's motion to dismiss without prejudice and admonished plaintiff that failure to file an amended complaint by August 8, 2016, would result in dismissal of the action with prejudice, as to these defendants. Dkt. No. 25. To date, Plaintiff has failed to file an amended complaint. Accordingly, this case is hereby dismissed WITH PREJUDICE, as to defendants Beckenridge Property Fund 2015, LLC and Sam Chandra, only.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |